**C. B. Gones, appellee, v. J. G. Fisher, appellant.**

Action for injuries sustained by being run over by defendant's automobile driven at excessive speed. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

Ralph M. Jinkins and Lindley, Penwell & Lindley, for appellant; Walter C. Lindley, of counsel. Thomas A. Graham and Walter T. Gunn, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**James M. Melone, appellant, v. W. T. Page and Anna E. Page, appellees.**

Bill to foreclose vendor's lien. Judgment for defendants. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

Alfred A. Isaacs, Edward C. Knotts and E. N. Nevins, for appellant. T. K. Rinaker and Thomas Rinaker, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Joseph Schingle, Jr., appellee, v. M. S. & A. E. Plaut, executors of last will of S. Plaut, deceased, appellants.**

Action to recover balance due on a building contract, deducted as a penalty for delay due to strike. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of fact. Opinion filed April 27, 1920.

Swallow & Bookwalter, for appellants. F. L. Draper and C. R. Shannon, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Caroline Gedwill, plaintiff in error.**

Conviction on charge of selling liquor in anti-saloon territory. Error to the County Court of Sangamon county; the Hon. J. B. Weaver, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

William E. Fain, for plaintiff in error. C. F. Mortimer, for defendant in error; Edward Pree and James Weldon, of counsel.

Mr. Justice Waggoner delivered the opinion of the court.